UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER DUNDON,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. C15-1262-RJB-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, REVERSING AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS |

The Court, after careful consideration of the Plaintiff's Complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, the Report and Recommendation (Dkt. 12) of the Honorable David W. Christel, United States Magistrate Judge, and the remainder of the file herein; and finding no objection by either party to the Report and Recommendation, does hereby find and **ORDER**:

(1) The Court **ADOPTS** the Report and Recommendation (Dkt. 12);

(2) The final decision of the Commissioner is **REVERSED** and this case is **REMANDED** to the Social Security Administration for further proceedings.

PAGE - 1

1   The Clerk of the Court is directed to send copies of this Order to the parties and to
2  Judge Christel.
3   DATED this 2nd day of March, 2016.

*Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

PAGE - 2